FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIA BARRIENTOS, o.b.o., E.B.B.,
a minor child,

v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

No.  4:18-CV-5083-JTR

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

      **BEFORE THE COURT** is the parties' stipulated motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 21. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Lisa Goldoftas represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 7.  After considering the file and proposed order, **IT IS ORDERED:**

      1.     The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will hold a *de novo* hearing, further develop the record as necessary, and issue a new decision.  The ALJ shall:  (1) reevaluate E.B.B.'s impairments to

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

determine whether they meet, medically equal, or functionally equal a listing impairment, including listings 102.10 and 111.09; (2) reevaluate the statements of E.B.B.'s mother and explain the weight accorded to this evidence; and (3) obtain updated evidence from a medical expert. Plaintiff may present additional testimony and submit additional evidence.

      2.    **Judgment shall be entered for PLAINTIFF**.

      3.    Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN AS MOOT**.

      4.    An application for attorney fees and costs may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED January 30, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2